THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DELTA INTERIORS LLP, *et al.*, <br><br> Defendants. | CASE NO. C18-1726-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiffs' motion for entry of default judgment (Dkt. No. 16). The Court has considered the motion and the relevant record and FINDS that:

1. Defendants Delta Interiors, LLP and Ignacio Mejia were properly served in this matter on or about March 6, 2019 (Dkt. Nos. 11, 12);

2. The Clerk entered an order of default against Defendants on May 14, 2019 (Dkt. No. 15);

3. Defendants have failed to appear or otherwise defend in this action; and

4. The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) support granting default judgment in Plaintiffs' favor.

Accordingly, Plaintiffs' motion for entry of default judgment (Dkt. No. 16) is GRANTED in its entirety. The Court ORDERS as follows:

ORDER
C18-1726-JCC
PAGE - 1

1. The Court FINDS that Defendant Delta Interiors is liable to Plaintiffs under the provisions of the collective bargaining and trust agreements that govern the relationship in this matter (*see* Dkt. No. 17);

2. The Court FINDS that Defendant Delta Interiors is liable to Plaintiffs for $11,275.46, consisting of $9,581.43 in liquidated damages, for the period June 1, 2018 through September 30, 2018, plus $1,694.03 in accrued, prejudgment interest through May 13, 2019;

3. The Court FINDS that Defendant Delta Interiors is liable to Plaintiffs for $5,783 in attorney fees under 29 U.S.C. § 1132(g)(2)(D), and $1,880.90 in costs directly related to this action;

4. The Court FINDS that Defendant Ignacio Mejia operated Defendant Delta Interiors as a sole proprietorship, after September 11, 2017;

5. The Court FINDS that as a sole proprietor, Defendant Mejia has joint and several liability to Plaintiffs for all amounts owed by Defendant Delta Interiors; and

6. This judgment shall bear interest at the 12 percent, per annum rate specified in the applicable trust agreements from the date of this judgment until paid in full, as allowed under 29 U.S.C. § 1132(g)(2).

DATED this 25th day of June 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE